**UNITED STATES DISTRICT COURT
NORTHERN OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUCAS REGAN, individually and on behalf of himself and all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PINGER, INC., a Delaware corporation,  )<br>)<br>Defendant.  ) | Case No: 20-cv-00486<br><br>Hon. Edmond E. Change<br>Judge Presiding |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Lucas Regan, through his attorneys, hereby voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: February 19, 2020

                                              Respectfully submitted,

                                              **LUCAS REGAN, individually and on behalf of all other similarly situated,**

                                              By: */s/ Gregg M. Barbakoff*
                                              Keith J. Keogh
                                              Gregg M. Barbakoff
                                              **KEOGH LAW, LTD.**
                                              55 W. Monroe St, Suite 3390
                                              Chicago, IL 60603
                                              Tel.: (312) 726-1092
                                              Fax: (312) 726-1093
                                              keith@keoghlaw.com
                                              gbarbakoff@keoghlaw.com

                                              *Attorneys for Plaintiff and the Proposed Putative Class*

**CERTIFICATE OF SERVICE**

  I, hereby certify that on February 19, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on all counsel of record.

            By: */s/ Gregg M. Barbakoff*
               Gregg M. Barbakoff