**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division**

Lucas Regan
                Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:20−cv−00486
　　　　　　　　　　　　　　　　　　　Honorable Edmond E. Chang

Pinger, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 20, 2020:

    MINUTE entry before the Honorable Edmond E. Chang: Plaintiff having filed a notice of voluntary dismissal [18], the instant action is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own costs and fees. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.